**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| FirsTier Bank, | ) | No. CV-12-599-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Tonto Forest Estates, LLC, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation to Dismiss Action With Prejudice. (Doc. 22.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 2nd day of January, 2013.

_____
Stephen M. McNamee
Senior United States District Judge