**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FirsTier Bank,           )<br>                          )<br>       Plaintiff,        )<br>                          )<br>vs.                       )<br>                          )<br>Tonto Forest Estates, LLC, et al., )<br>                          )<br>       Defendants.       )<br>_____) | No. CV-12-599-PHX-SMM<br><br><br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Dismiss Action With Prejudice. (Doc. 22.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 2nd day of January, 2013.

*[signature]*
Stephen M. McNamee
Senior United States District Judge